IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CARRIE VOGEL,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | CASE   2:21-cv-02511-JWB-ADM |
| v. | ) | |
| | ) | |
| **ETHICON, INC., et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## NOTICE OF SETTLEMENT

Plaintiff and Defendants provide notice that they have tentatively settled all claims between them in this matter. The parties are in the process of completing the final confidential settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next 60 days.

The parties respectfully request that the Court vacate all pending deadlines and hearings in this matter pending finalizing the settlement and stipulated dismissal with prejudice.


By: */s/ Bryan E. Mouber*
Bryan E. Mouber  KS #19710
Wallace Saunders
10111 W. 87th Street
Overland Park, KS 66212
913-888-1000
Fax: 913-888-1065
Email: bmouber@wallacesaunders.com
*Attorney for Defendants Ethicon, Inc. and Johnson & Johnson*

By:  /s/ Nathaniel K. Scearcy
Nathaniel K. Scearcy KS# 27561
The Potts Law Firm
1901 W. 47th Place, Ste. 210 Westwood, Kansas
(816) 931-2230 (telephone)
(816) 931-7030 (facsimile)
Email: nscearcy@potts-law.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the court using the CM/ECF system on this September 23, 2022, which will send notification of the same to all counsel of record.

      /s/ ___Bryan E. Mouber_____
           *Bryan E. Mouber*