# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARRIE VOGEL, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>JOHNSON & JOHNSON and )<br>ETHICON, INC., )<br>)<br>  Defendants. )<br>) | Case No.: 2:21-CV-2511-JWB-ADM |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

Dated: November 23, 2022                                  Respectfully submitted,

**THE POTTS LAW FIRM, LLP**                     **WALLACE SAUNDERS**

By: */s/ Nathaniel K. Scearcy*                          By: */s/ Bryan E. Mouber*
Timothy L. Sifers     KS # 19922                    Bryan E. Mouber KS 19710
Nathaniel K. Scearcy  KS# 27561                  10111 West 87th Street
1901 W. 47th Place, Suite 210                        Overland Park, KS 66212
Westwood, KS 66205                                      T: (913) 888-1000
T: (816) 931-2230                                              F: (913) 888-1065
F: (816) 931-7030                                              bmouber@wallacesaunders.com
tsifers@potts-law.com
nscearcy@potts-law.com                              ***ATTORNEYS FOR DEFENDANTS***
                                                                        ***JOHNSON & JOHNSON AND EHTICON, INC.***

***ATTORNEYS FOR PLAINTIFF***